# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JERRY GIBBONS, individually and on behalf of all others similarly situated;**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**REGIONAL CARE, INC.,**<br><br>　　　　　　**Defendant.** | **4:24CV3238**<br><br>**ORDER TO SHOW CAUSE** |

　　　The records of the Court show that on December 26, 2024, a letter (Filing No. 3) was sent to the following attorney from the Office of the Clerk directing that he obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

　　**Spencer D. Campbell**
　　**Markovits, Stock Law Firm**
　　**119 East Court Street, Suite 530**
　　**Cincinnatti, OH 45202**

　　**IT IS ORDERED** that on or before February 11, 2025, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in Spencer D. Campbell being removed as counsel of record.

　　Dated this 28th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge